NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TDM AMERICA, LLC,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5138

---

Appeal from the United States Court of Federal Claims in case no. 06-CV-472, Judge Thomas C. Wheeler.

---

## ON MOTION

---

## ORDER

TDM America, LLC, moves for an extension of time, until January 5, 2012, to file its principal brief, for an extension of time, until March 5, 2012, for the United States to file its response brief, and for an extension of time, until April 5, 2012, for TDM to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

DEC 0 6 2011                    /s/ Jan Horbaly
Date                            Jan Horbaly
                                Clerk

cc: David W. Denenberg, Esq.
    Walter W. Brown, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 6 2011

JAN HORBALY
CLERK